[No. 9126–1–III.   Division Three.   June 8, 1989.]

*In the Matter of the Marriage of* RESA MAE PETRICH,
*Respondent, and* WILLIAM ARNOLD PETRICH,
*Appellant.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 84–3–00131–1, Jo Anne Alumbaugh, J., entered January 11, 1988. *Affirmed in part* and *reversed in part* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Green, J.

[No. 21903–1–I.   Division One.   June 12, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY J.
CAMARILLO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–01088–2, Richard M. Ishikawa, J., entered February 12, 1988. *Reversed* by unpublished per curiam opinion.

[No. 21675–9–I.   Division One.   June 12, 1989.]

*In the Matter of the Estate of*
JACQUELINE J. BRAND.

MAXINE HANFORD, *as Personal Representative, Appellant,*
v. J. ANTHONY HOARE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 85–4–00785–6, Sally Pasette, J. Pro Tem., entered January 20, 1988. *Affirmed in part* and *reversed in part* by unpublished opinion per Pekelis, J., concurred in by Winsor and Forrest, JJ.